IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
*************************************************
```
UNITED STATES OF AMERICA,

                                   Plaintiff,

            v.                                            Civil No. 10-CV-80 (GTS)

$4,179.00 IN U.S. CURRENCY,
$7,945.00 IN U.S. CURRENCY, and
ONE 2010 CHEVROLET CAMARO,
VIN# 2G1FJ1EJ9A9118658,
LICENSE PLATE #: ESX5380,

                                   Defendants.
```
*************************************************
```

## JUDGMENT IN A CIVIL CASE

**WHEREAS**, by virtue of the Stipulated Settlement Agreement and Order of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on ___9/27/12___, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant currency is hereby forfeited to the United States of America to be disposed of in accordance with law, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the United States Marshal for the Northern District of New York, pursuant to the terms set forth in the Stipulated Settlement Agreement, shall return the 2010 Chevrolet Camaro bearing VIN# 2G1FJ1EJ9A9118658, License Plate #: ESX5380, to the claimant, by and through his attorney, George F. Hildebrandt, The Crown Building, 304 S. Franklin St., Syracuse, New York 13202, and it is further

**ORDERED, ADJUDGED AND DECREED**, that each side bears its own costs.

___9/27/12___
Date

                                                 _Lawrence K. Baerman_
                                                 Clerk

                                                 (By) Deputy Clerk

*U.S. DISTRICT COURT - N.D. OF N.Y. FILED SEP 27 2012 AT ___ O'CLOCK ___ Lawrence K. Baerman, Clerk - Syracuse*